No. D–1159.   IN RE DISBARMENT OF BRODO.   Disbarment entered.   [For earlier order herein, see 505 U. S. 1242.]

No. D–1163.   IN RE DISBARMENT OF KNOLL.   Disbarment entered.   [For earlier order herein, see 505 U. S. 1242.]

No. D–1206.   IN RE DISBARMENT OF BREIT.   It is ordered that Calvin W. Breit, of Virginia Beach, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1207.   IN RE DISBARMENT OF ZABRISKIE.   It is ordered that Fred I. Zabriskie, of Larchmont, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Motion of the River Master for award of compensation and reimbursement of expenses granted, and the River Master is awarded $8,082.13 for the period July 1 through September 30, 1992, to be paid equally by the parties.   [For earlier order herein, see, e. g., ante, p. 938.]

No. 91–8258.   MARTIN v. DELAWARE.   Sup. Ct. Del.   Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 810] denied.

No. 91–8729.   DEMPSEY v. SEARS, ROEBUCK & CO. ET AL.   C. A. 1st Cir.   Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 810] denied.

No. 92–5068.   MARTIN v. SPARKS ET AL.   C. A. 3d Cir.   Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 810] denied.

No. 92–479.   TXO PRODUCTION CORP. v. ALLIANCE RESOURCES CORP. ET AL.   Sup. Ct. App. W. Va.   Motions of American Petroleum Institute et al. and West Virginia Chamber of Commerce for leave to file briefs as amici curiae granted.